## SOUTHERN STAR MINING CO. *et al.* v. AMERICAN CONCENTRATOR CO.

No. 3030.   Opinion Filed May 14, 1912.

Rehearing Denied June 4, 1912.

(123 Pac. 1047.)

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Dismissed for failure to file briefs as required by rule 7 (20 Okla. viii, 95 Pac. vi) of the Supreme Court.

*Error from District Court, Noble County;*
*Wm. M. Bowles, Judge.*

Action between the Southern Star Mining Company and Fred G. Moore and the American Concentrator Company. From the judgment, the mining company and Moore bring error. Dismissed.

H. E. St. Clair, Timothy McGrath, and J. R. Scott, for plaintiffs in error.

Robt. M. Maupin, John A. Maupin, and Horace Merritt, for defendant in error.

KANE, J. This cause comes on to be heard upon the motion of the defendant in error to dismiss the appeal of the plaintiffs in error for failure to file briefs within the time prescribed by rule 7 (20 Okla. viii, 95 Pac. vi) of this court. It seems that on the 9th day of January, 1912, plaintiffs in error filed a motion for an extension of time within which to file their brief, which motion was granted on the 30th day of January, 1912, allowing sixty days for that purpose.

As that time has expired and no application for further time or any briefs have been filed, the appeal must be dismissed.

All the Justices concur.